UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

JOSEPH L. BRUNO

        Defendant.

**NOTICE OF APPEARANCE**

Case No.: 1:09-cr-29 (GLS)

---

*PLEASE TAKE NOTICE,* that pursuant to L.R. 44.2 of the Local Rules of Criminal Procedure and the Criminal Pretrial Order dated January 23, 2009, the law firm of Dreyer Boyajian LLP, **William J. Dreyer, Esq.**, 75 Columbia Street, Albany, New York 12210, hereby enters a Notice of Appearance on behalf of defendant, **Joseph L. Bruno** in connection with the captioned action and further hereby certifies that I am admitted to practice in this Court.

February 6, 2009
Date

*/s/ William J. Dreyer*
Signature

William J. Dreyer     101539
Print Name     Bar Number

75 Columbia Street
Address

Albany     NY     12210
City     State     Zip Code

(518) 463-7784     (518) 463-4039
Phone Number     Fax Number

TO:     Elizabeth C. Coombe, Esq.
           William C. Pericak, Esq.