UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA          :
                                  :    09-CR-29 (GLS)
    v.                            :
                                  :
JOSEPH L. BRUNO,                  :
                                  :
        Defendant.                :
                                  :
------------------------------------------------------- x

## STIPULATION

The parties hereby stipulate that following a diligent search of the records of the State of New York's Legislative Ethics Commission that are regularly made and preserved by that body, no record of any civil proceedings, fines, or criminal prosecutions by the State of New York against Senator Joseph L. Bruno during his tenure as a New York State Senator were uncovered.

The fact that no such record was discovered is admissible pursuant to Fed. R. Evid. 803(10) ("Absence of public record or entity") to prove the absence of any civil proceedings, fines, or criminal prosecutions of Senator Bruno for the violation of any of the following sections of the New York Public Officers Law: Sections 73(5), 73(14), 73-a, 73-a(4), 74(2), 74(3)(a), and 74(3)(d).

**DATED:** October 5, 2009                     /s Abbe David Lowell
Abbe David Lowell, Bar Number 106642
Paul M. Thompson
Christopher D. Man
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC 20005
Phone: 202-756-8001
Facsimile: 202-756-8087
adlowell@mwe.com

William J. Dreyer, Esq.
Dreyer Boyajian LLP
75 Columbia Street
Albany, NY 12210
Phone: 518-463-7784
Facsimile: 518-463-4039

*Attorneys for Defendant Joseph L. Bruno*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
UNITED STATES OF AMERICA          :
                                  :
   v.                             :
                                  :  09-CR-29 (GLS)
JOSEPH L. BRUNO,                  :
                                  :
       Defendant.                 :
                                  :
-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Andrew T. Baxter, Esq.
   Acting United States Attorney
   Office of the United States Attorney – Albany
   445 Broadway
   218 James T. Foley U.S. Courthouse
   Albany, NY 12207-2924

2. Elizabeth C. Coombe, Esq.
   Assistant U.S. Attorney
   Office of the United States Attorney – Albany
   445 Broadway
   218 James T. Foley U.S. Courthouse
   Albany, NY 12207-2924

3. William C. Pericak, Esq.
   Assistant U.S. Attorney
   Office of the United States Attorney – Albany
   445 Broadway
   218 James T. Foley U.S. Courthouse
   Albany, NY 12207-2924

                                    ____/s Abbe David Lowell_____