IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA     Criminal Action No. 09-CR-29

   v.

JOSEPH L. BRUNO,

                         (Hon. Gary L. Sharpe)
        Defendant.

---

## **STIPULATION**

The parties hereby stipulate that records, reports, statements or data compilations in any form falling within the categories listed on Attachment A are admissible pursuant to Fed. R. Evid. 803(8) ("Public records and reports") because they set forth "the activities of the office or agency." Fed. R. Evid. 803(8).

                         ANDREW T. BAXTER
                         United States Attorney

             By: */s/ Elizabeth C. Coombe*
                  Elizabeth C. Coombe
                  William C. Pericak
                  Assistant U.S. Attorneys

                  */s/ William J. Dreyer*
                  William Dreyer, Esq.
                  Attorney for Joseph L. Bruno

                  */s/ Abbe D. Lowell*
                  Abbe David Lowell, Esq.
                  Attorney for Joseph L. Bruno

Dated: October 5, 2009

Attachment A

Categories of records included in the stipulation are records of the following public offices and agencies:

1. the Legislative Ethics Committee and its successor in interest the Legislative Ethics Commission
2. the New York Department of State
3. Rensselaer County