IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA     Criminal Action No. 09-CR-29

    v.

JOSEPH L. BRUNO,
                              (Hon. Gary L. Sharpe)
    Defendant.

**STIPULATION**

    The parties hereby stipulate that the State of New York Department of State certification stating that, following a diligent examination of the index of corporation, limited partnership, and limited liability company certificates filed by this department, all of which are records regularly made and preserved by the State of New York Department of State, no such document has been found for Business Consultants is admissible pursuant to Fed. R. Evid. 803(10) ("Absence of public record or entry") to prove the absence of any such record.

                                            ANDREW T. BAXTER
                                            United States Attorney

                           By: */s/ Elizabeth C. Coombe*
                                Elizabeth C. Coombe
                                William C. Pericak
                                Assistant U.S. Attorneys

                                */s/ William J. Dreyer*
                                William Dreyer, Esq.
                                Attorney for Joseph L. Bruno

                                */s/ Abbe D. Lowell*
                                Abbe David Lowell, Esq.
                                Attorney for Joseph L. Bruno

Dated: October 5, 2009