```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF NEW YORK
```

_____

UNITED STATES OF AMERICA        Criminal Action No.  09-CR-29

    v.

JOSEPH L. BRUNO,

                      (Hon. Gary L. Sharpe)
       Defendant.
_____

## **Voir Dire Requests**

The Government has no additional questions for the Court to use during jury selection.

                                  ANDREW T. BAXTER
                                  United States Attorney

                       By:  */s/ Elizabeth C. Coombe*
                            Elizabeth C. Coombe
                            William C. Pericak
                            Assistant U.S. Attorneys


Dated: October 5, 2009