**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | Criminal No. 09-CR-029 |
| v. : | (Hon. Gary L. Sharpe) |
| : | |
| **JOSEPH L. BRUNO,** : | |
| : | |
| **Defendant.** : | |

# VERDICT FORM

PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON. THE QUESTIONS MUST BE ANSWERED UNANIMOUSLY AS TO EACH DEFENDANT ON EACH COUNT.

There should be a total of 3 pages in this Verdict Form Packet, including this sheet.

1. Count One (1): Honest Services Wire Fraud [18 U.S.C. §§ 1343, 1346, and 2]

    As for Count One (1) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

    Guilty _____        Not Guilty _____

2. Count Two (2): Honest Services Wire Fraud [18 U.S.C. §§ 1343, 1346, and 2]

    As for Count Two (2) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

    Guilty _____        Not Guilty _____

3. Count Three (3): Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

   As for Count Three (3) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

   Guilty _____          Not Guilty _____

4. Count Four (4): Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

   As for Count Four (4) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

   Guilty _____          Not Guilty _____

5. Count Five (5): Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

   As for Count Five (5) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

   Guilty _____          Not Guilty _____

6. Count Six (6):  Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

   As for Count Six (6) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

   Guilty _____          Not Guilty _____

7.  Count Seven (7): Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

   As for Count Seven (7) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

   Guilty _____        Not Guilty _____

8.  Count Eight (8): Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

   As for Count Eight (8) of the Indictment against Joseph L. Bruno, how do you, the jury find?:

   Guilty _____        Not Guilty _____

YOUR DELIBERATIONS ARE COMPLETE.

REPORT YOUR VERDICT TO THE MARSHAL.  PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET.  THANK YOU.

Dated: _____, 2009

_____
Foreperson