

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

445 Broadway                                       518-431-0247
Room 218                                      FAX: 518-431-0249
Albany, NY 12207

October 4, 2009

BY ELECTRONIC FILING

The Honorable Gary L. Sharpe
United States District Court Judge
445 Broadway
Albany, NY 12207

       Re:  <u>United States v. Joseph L. Bruno, Criminal Action No. 09-CR-29</u>

Dear Judge Sharpe:

    The Government seeks leave of this Court to file a Trial Memorandum of 26 pages.

                                   Respectfully submitted,

                                   ANDREW T. BAXTER
                                   UNITED STATES ATTORNEY

                   By:  <u>/s/ Elizabeth C. Coombe</u>
                       Elizabeth C. Coombe
                       William C. Pericak
                       Assistant United States Attorneys