UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                v.

JOSEPH L. BRUNO,

                Defendant.
_____

09-CR-29
(GLS)

## VERDICT FORM

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON.  ALL THE QUESTIONS MUST BE ANSWERED UNANIMOUSLY BEYOND A REASONABLE DOUBT.**

**There should be a total of four (4) pages in this Verdict Form Packet, including this sheet.**

1

**Count 1: Honest Services Wire Fraud [18 U.S.C. §§ 1343, 1346, and 2]**

As for Count 1 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty _____          Not Guilty __X__

**Count 2: Honest Services Wire Fraud [18 U.S.C. §§ 1343, 1346, and 2]**

As for Count 2 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty _____          Not Guilty __X__

**Count 3: Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]**

As for Count 3 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty _____          Not Guilty _____



**Count 4: Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]**

As for Count 4 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty __X__     Not Guilty _____

**Count 5: Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]**

As for Count 5 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty _____     Not Guilty __X__

**Count 6: Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]**

As for Count 6 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty _____     Not Guilty __X__



Count 7: Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

As for Count 7 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty _____    Not Guilty __X__

Count 8: Honest Services Mail Fraud [18 U.S.C. §§ 1341, 1346, and 2]

As for Count 8 of the Indictment against Joseph L. Bruno, how do you, the jury, find?:

Guilty __X__    Not Guilty _____

**YOUR DELIBERATIONS ARE COMPLETE.**

**REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET. THANK YOU.**

Dated: __12/7/09__, 2009

_____
Foreperson