IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 09-CR-29 |
| v. | |
| | (Hon. Gary L. Sharpe) |
| JOSEPH L. BRUNO, | |
| | <u>AMENDED SEALING ORDER</u> |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the Government's Motion to Unseal Orders Requiring Testimony, it is hereby ORDERED that the Sealing Orders issued regarding Orders Requiring Testimony for Jared Abbruzzese, Wayne Barr, Russell Ball, Robert Bannon, Peter Donovan, Leonard Fassler, Albert Meric, Jr., John Roman, Kenneth Singer, Robert Smith, and Patricia Stackrow are hereby amended to unseal those Orders Requiring Testimony.

Dated: March 4, 2010

GARY L. SHARPE
U.S. District Court Judge